| | |
|---|---|
| 1 | Paul Strauss, #153937 |
| | Robert S. Libman, #139283 |
| 2 | Nancy Maldonado |
| | Miner, Barnhill & Galland |
| 3 | 14 W. Erie St. |
| | Chicago, IL 60610 |
| 4 | (312) 751-1170 (telephone) |
| | (312) 751-0438 (telefax) |
| 5 | |
| | Morris J. Baller, #048928 |
| 6 | Roberta L. Steele, #188198 |
| | Goldstein, Demchak, Baller, Borgen & Dardarian |
| 7 | 300 Lakeside Dr., Ste. 1000 |
| | Oakland, CA 94612 |
| 8 | (510) 763-9800 (telephone) |
| | (510) 835-1417 (telefax) |
| 9 | |
| | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORRETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated, | No. C 04-00281 JSW <br><br> CLASS ACTION <br><br> STIPULATED REQUEST FOR ORDER CHANGING TIME |
| Plaintiffs, | |
| v. | |
| CINTAS CORPORATION, | |
| Defendant. | Complaint filed January 20, 2004 |

Pursuant to Local Rule 6-2, the parties respectfully request that the Court allow a one-day extension and revise the dates for the parties to file their ADR Certification so that it may be filed on Monday, May 9, 2005 instead of Friday, May 6, 2005.

STIPULATED REQUEST FOR
ORDER CHANGING TIME                                                                 No. C 04-281 JSW

Reasons for the requested extension of time.

The parties have agreed to ADR using a private mediator. We are gathering but have not yet received signatures from all the plaintiffs on the required ADR certification form. We expect to have those signatures by Monday, May 9, and will be able to file the form then. We have notified the ADR Unit.

Previous time modifications.

The following are the previous time modifications in the case:

| Date | Description |
|---|---|
| 05/13/04 | Stipulation and order changing case management conference and related dates |
| 08/05/04 | Stipulation and order changing dates re: briefing schedule for defendant's motions to (1) transfer venue or dismiss non-California plaintiffs; and (2) dismiss arbitration plaintiffs or stay and compel arbitration |
| 09/01/04 | Stipulation and order continuing case management conference and related dates |
| 10/29/04 | Stipulation and order to (1) narrow second amended complaint; (2) address issues raised in defendant's venue motion; (3) revise briefing schedule for defendant's arbitration motion; (4) continue case management conference dates; and (5) permit filing of third amended complaint |
| 02/18/05 | Stipulation and order to extend time to engage in settlement discussions regarding plaintiffs Beasley and Severson |
| 04/08/05 | Stipulation and order to reset case management conference and related dates |

STIPULATED REQUEST FOR ORDER CHANGING TIME

2

No. C 04-281 JSW

Effect on schedule.

Allowing the requested extension of time would have no effect on the schedule for the case.

| /s/ Paul Strauss | /s/ Nancy Abell |
|---|---|
| Paul Strauss | Nancy Abell |
| Miner, Barnhill & Galland, P.C. | Paul, Hastings, Janofsky & Walker LLP |
| Counsel for Plaintiffs | Counsel for Cintas Corp. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

/s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Court

Dated: May 9, 2005

STIPULATED REQUEST FOR
ORDER CHANGING TIME

3

No. C 04-281 JSW