IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, et al., | |
| Plaintiffs, | No. C 04-00281 JSW |
| and | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | **ORDER SETTING BRIEFING SCHEDULE ON EEOC'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| Plaintiff-Intervenor | |
| v. | |
| CINTAS CORPORATION, | |
| Defendant. | |

The Court has received the Equal Employment Opportunity Commission's ("EEOC") motion to file an amended complaint filed on May 19, 2005.

If the Plaintiffs oppose or if the Defendant opposes the motion, any such opposition shall be due on June 10, 2005. The EEOC's reply, if any, shall be due on June 24, 2005.

**IT IS SO ORDERED.**

Dated: May 23, 2005

   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE