UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION,<br><br>Defendant.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff-Intervenor. | CASE NO. C04-0281-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT FOR JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Jeffrey S. White<br><br>Case Management<br>  Conference Date: June 10, 2005<br>Place: Courtroom 2, 17th Floor<br>Time: 1:30 p.m.<br><br>Complaint Filed: January 20, 2004<br>Trial Date: None Set |

**STIPULATION**

Due to the complexity of this multi-issue employment class action, the parties find that they are unable to provide the information required in the Joint Case Management Conference Statement within the 12-page limit established by this Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, dated January 27, 2004. Therefore, the parties hereby jointly request that the Court excuse the parties from that page limitation.

DATED: May 31, 2005

/s/ Paul Strauss
Paul Strauss
Miner, Barnhill & Galland, P.C.
14 West Erie Street
Chicago, IL 60610
Phone: (312) 751-1170
Fax: (312) 751-0438

Counsel for Plaintiffs

DATED: May 31, 2005

/s/ Nancy Abell
Nancy L. Abell
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

Counsel for Defendant Cintas Corporation

| | | |
|---|---|---|
| 1 | DATED: May 31, 2005 | /s/ Robert D. Unitas |

Equal Employment Opportunity Commission
1801 L Street, N.W.
Washington, D.C. 20507
Phone: (202) 663-4768
Fax: (202) 663-4196

Counsel for Plaintiff-Intervenor
Equal Opportunity Employment Commission

# O R D E R`

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby orders that t~~he 12-page limit established by the Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, dated January 27, 2004, is hereby excused~~. an additional three pages may be filed. The Court is familiar with the background of this case, therefore if additional pages are required, the parties must provide more detail.

IT IS SO ORDERED.

DATED: May 31, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

LA/1124963.1