# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS and AMY SEVERSON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>and<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff-Intervenor<br><br>vs.<br><br>CINTAS CORPORATION,<br><br>Defendants. | Case No. C04-0281-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT THE FILING OF A FOURTH AMENDED COMPLAINT**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: January 20, 2004<br><br>Trial Date: None Set |

1  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned
2  counsel for plaintiffs and defendant, that:
3      Plaintiffs may file a Fourth Amended Complaint (attached as Exhibit A) adding two
4  additional named plaintiffs, Anthony Jones and James Morgan, whose claims fall within the scope of
5  the class claims made in the Third Amended Complaint and this Court's Order of October 29, 2004,
6  without filing a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15.
7      Defendant acknowledges service of the Fourth Amended Complaint as of the date it is
8  filed by plaintiffs.
9      Defendant does not waive any defenses it may have to the claims made in the Fourth
10 Amended Complaint as a result of its agreement to this stipulation, including that Mr. Morgan's claims
11 are subject to arbitration.
12     Defendant has 30 days from the date of the filing of the Fourth Amended Complaint to
13 file a motion to compel arbitration of Mr. Morgan's claims.
14     Defendant has 30 days from the entry of this Court's order regarding defendant's
15 motion to compel arbitration of Mr. Morgan's claims to file an answer in response to the Fourth
16 Amended Complaint.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

JUL-25-2005 16:58 PH:NANCY ABELL P.04/05
Case 3:04-cv-00281-JSW Document 117 Filed 07/27/05 Page 3 of 4
Case 3:04-cv-00281-JSW Document 116-1 Filed 07/26/2005 Page 3 of 4

Dated: July 25, 2005

*Paul Strauss* by RLS

Paul Strauss, #153937
Robert S. Libman, #139283
Nancy Maldonado
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Morris J. Baller, #048928
Roberta L. Steele, #188198
Nina Rabin, #229403
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

ATTORNEYS FOR PLAINTIFFS

DATED: July 25, 2005

*Nancy L. Abell*

Nancy L. Abell (SB# 88785)
Mark W. Atkinson (SB# 60472)
Heather A. Morgan (SB# 177425)
Joseph W. Deng (SB# 179320)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

ATTORNEYS FOR DEFENDANT
CINTAS CORPORATION

## ORDER

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby orders as follows:

Plaintiffs shall file a Fourth Amended Complaint in form attached hereto as Exhibit A within ten (10) days of entry of this Order;

Defendant shall serve and file a motion to compel arbitration of Mr. Morgan's claims to the Fourth Amended Complaint within 30 days of its filing; and

Defendant shall serve and file its answer to the Fourth Amended Complaint within 30 days from the entry of this Court's order regarding defendant's motion to compel arbitration of Mr. Morgan's claims.

IT IS SO ORDERED.

Dated: July 27, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE