IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ROBERT RAMIREZ, et al.,

    Plaintiffs,

v.

CINTAS CORPORATION,

    Defendant.

No. C 04-00281 JSW

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nancy L. Maldonado, an active member in good standing of the bar of Illinois, whose business address and telephone number is 14 West Erie Street, Chicago, IL 60610, (312) 751-1170, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Robert Ramirez, Robert Harris, Luis Pocasangre Cardoza, Jose Salcedo, A. Shappelle Thompson, Coretta Silvers (formerly Vick), Sandra Evans, Blanca Nelly Avalos, James Morgan and Anthony Jones.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and considtions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*,

Dated: AUG 8 2005

Judge Jeffrey S. White
United States District Judge

2