1  NANCY L. ABELL (SB# 88785)  nancyabell@paulhastings.com
   ELENA R. BACA (SB# 160564)  elenabaca@paulhastings.com
2  HEATHER A. MORGAN (SB# 177425)  heathermorgan@paulhastings.com
   JOSEPH W. DENG (SB# 179320)  josephdeng@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendant
7  CINTAS CORPORATION

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ROBERT RAMIREZ, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), SANDRA EVANS, BLANCA NELLY AVALOS, JAMES MORGAN and ANTHONY JONES, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>        vs.<br>CINTAS CORPORATION,<br>                    Defendant. | CASE NO. C04-0281-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED**<br><br>Place:        Courtroom 2, 17th Floor<br>Judge:       Hon. Jeffrey S. White<br><br>Complaint Filed:  January 20, 2004<br>Trial Date:           None Set |
| LARRY HOUSTON and CLIFTON COOPER, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>        vs.<br>CINTAS CORPORATION,<br>                    Defendant. | [PROPOSED] RELATED TO CASE NO. C05-03145 CRB |

Case No. C04-0281-JSW                                         STIPULATION AND [PROPOSED] ORDER
                                                                                              TO HAVE CASES RELATED

## **STIPULATION**

The parties in the two above-referenced cases, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs in the action entitled *Robert Ramirez, et al. v. Cintas Corporation*, U.S.D.C., Northern District of California, Case No. C04-0281-JSW (the "*Ramirez* Action"), filed their Fourth Amended Complaint and Demand for Jury Trial on August 3, 2005;

2. WHEREAS, Plaintiffs in the action entitled *Larry Houston, et al. v. Cintas Corporation*, U.S.D.C., Northern District of California, Case No. C05-03145-CRB (the "*Houston* Action"), filed their Class Action Complaint and Demand for Jury Trial on August 3, 2005;

3. WHEREAS, the parties in the *Houston* Action are represented by the same counsel as the parties in the *Ramirez* Action;

4. WHEREAS, on August 23, 2005, Defendant filed a Motion for Administrative Relief to Consider Whether Cases Should be Related, Pursuant to Northern District Civil Local Rules 3-12 and 7-11 (the "Motion to Relate Cases");

5. WHEREAS, the parties have now agreed that the two actions should be deemed "related" pursuant to Local Rule 3-12(a), and as set forth in the Motion to Relate Cases, because (a) the two actions concern substantially the same parties, property, transactions and events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense, and a risk of conflicting results if the cases are conducted before different judges; and

1    6.    WHEREAS, the parties agree that once the *Houston* Action is deemed related to the *Ramirez* Action, the *Houston* Action should be transferred and reassigned to the Honorable Jeffrey S. White for all purposes;

         NOW, THEREFORE, the parties in both actions request that the Court order as follows:

         A.    That the *Houston* Action be deemed related to the *Ramirez* Action.

         B.    That the *Houston* Action be transferred and reassigned to the Honorable Jeffrey S. White for all purposes.

         SO STIPULATED.

DATED:  August 31, 2005         GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                DARDARIAN

                                By:_____/s/ Roberta Steele_____
                                         ROBERTA STEELE

                                Attorneys for Plaintiffs in both the
                                *Houston* Action and *Ramirez* Action

DATED: August 31, 2005  PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Elena Baca
ELENA R. BACA

Attorneys for Defendant CINTAS CORPORATION in both the *Houston* Action and *Ramirez* Action

Case No. C04-0281-JSW -3- STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED