| | |
|---|---|
| 1 | NANCY L. ABELL (SB# 88785)  nancyabell@paulhastings.com |
| 2 | ELENA R. BACA (SB# 160564)  elenabaca@paulhastings.com |
|   | HEATHER A. MORGAN (SB# 177425)  heathermorgan@paulhastings.com |
| 3 | JOSEPH W. DENG (SB# 179320)  josephdeng@paulhastings.com |
|   | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 4 | 515 South Flower Street |
|   | Twenty-Fifth Floor |
| 5 | Los Angeles, CA 90071-2228 |
|   | Telephone: (213) 683-6000 |
| 6 | Facsimile: (213) 627-0705 |
| 7 | Attorneys for Defendant |
|   | CINTAS CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), SANDRA EVANS, BLANCA NELLY AVALOS, JAMES MORGAN and ANTHONY JONES, on behalf of themselves and all others similarly situated, | CASE NO. C04-0281-JSW |
| | **STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED** |
| Plaintiffs, | Place: Courtroom 2, 17th Floor |
| vs. | Judge: Hon. Jeffrey S. White |
| CINTAS CORPORATION, | Complaint Filed: January 20, 2004 |
| Defendant. | Trial Date: None Set |
| LARRY HOUSTON and CLIFTON COOPER, on behalf of themselves and all others similarly situated, | [PROPOSED] RELATED TO CASE NO. C05-03145 CRB |
| Plaintiffs, | |
| vs. | |
| CINTAS CORPORATION, | |
| Defendant. | |

Case No. C04-0281-JSW

STIPULATION AND [PROPOSED] ORDER
TO HAVE CASES RELATED

# **STIPULATION**

The parties in the two above-referenced cases, by and through their counsel of record, hereby stipulate as follows:

1. WHEREAS, Plaintiffs in the action entitled *Robert Ramirez, et al. v. Cintas Corporation*, U.S.D.C., Northern District of California, Case No. C04-0281-JSW (the "*Ramirez* Action"), filed their Fourth Amended Complaint and Demand for Jury Trial on August 3, 2005;

2. WHEREAS, Plaintiffs in the action entitled *Larry Houston, et al. v. Cintas Corporation*, U.S.D.C., Northern District of California, Case No. C05-03145-CRB (the "*Houston* Action"), filed their Class Action Complaint and Demand for Jury Trial on August 3, 2005;

3. WHEREAS, the parties in the *Houston* Action are represented by the same counsel as the parties in the *Ramirez* Action;

4. WHEREAS, on August 23, 2005, Defendant filed a Motion for Administrative Relief to Consider Whether Cases Should be Related, Pursuant to Northern District Civil Local Rules 3-12 and 7-11 (the "Motion to Relate Cases");

5. WHEREAS, the parties have now agreed that the two actions should be deemed "related" pursuant to Local Rule 3-12(a), and as set forth in the Motion to Relate Cases, because (a) the two actions concern substantially the same parties, property, transactions and events; and (b) it appears likely that there will be an unduly burdensome duplication of labor and expense, and a risk of conflicting results if the cases are conducted before different judges; and

6. WHEREAS, the parties agree that once the *Houston* Action is deemed related to the *Ramirez* Action, the *Houston* Action should be transferred and reassigned to the Honorable Jeffrey S. White for all purposes;

NOW, THEREFORE, the parties in both actions request that the Court order as follows:

A. That the *Houston* Action be deemed related to the *Ramirez* Action.

B. That the *Houston* Action be transferred and reassigned to the Honorable Jeffrey S. White for all purposes.

SO STIPULATED.

DATED: August 31, 2005   GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

By: /s/ Roberta Steele
ROBERTA STEELE

Attorneys for Plaintiffs in both the
*Houston* Action and *Ramirez* Action

Case No. C04-0281-JSW -2- STIPULATION AND [~~PROPOSED~~] ORDER TO HAVE CASES RELATED

DATED: August 31, 2005          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                By:       /s/ Elena Baca
                                        ELENA R. BACA

                                Attorneys for Defendant CINTAS
                                CORPORATION in both the
                                *Houston* Action and *Ramirez* Action

# ORDER

The Court has considered the above Stipulation, and for good cause appearing therefor, the Court hereby ORDERS as follows:

A. IT IS ORDERED that the action entitled *Larry Houston, et al.* v. *Cintas Corporation,* U.S.D.C., Northern District of California, Case No. C-05-03145-CRB (the "*Houston* Action"), is deemed related to the action entitled *Robert Ramirez, et al.* v. *Cintas Corporation*, U.S.D.C., Northern District of California, Case No. C04-0281-JSW (the "*Ramirez* Action"), pursuant to Local Rule 3-12(a).

B. IT IS FURTHER ORDERED that the *Houston* Action is transferred and reassigned to the Honorable Jeffrey S. White for all purposes.

Pursuant to Local Rule 3-12(f), the Clerk of the Court is directed to notify the parties once the *Houston* Action is formally transferred and reassigned to the Honorable Jeffrey S. White. All dates previously set in the *Houston* Action are vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 19, 2005

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge

LA/1150208.2

Case No. C04-0281-JSW    -4-    STIPULATION AND [PROPOSED] ORDER TO HAVE CASES RELATED