UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION,<br><br>Defendant. | CASE NO. C04-0281-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER CLAIMS OF ROBIN BEASLEY**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: January 20, 2004<br>Trial Date: None Set |

NO. C 04-00281 JSW

STIPULATION AND [PROPOSED] ORDER TO TRANSFER
CLAIMS OF ROBIN BEASLEY

# **STIPULATION**

1. WHEREAS, on October 29, 2004, the Court entered an Order on the parties' stipulation to narrow the second amended complaint, *etc.*, dated October 29, 2004 (the "October 29, 2004 Stipulation and Order").

2. WHEREAS, on February 18, 2005, the Court entered an Order on the parties' stipulation to extended the time to engage in settlement discussions regarding plaintiffs Amy Severson and Robin Beasley (the "February 18, 2005 Order").

3. WHEREAS, the parties have been unable to resolve their differences regarding Plaintiff Beasley, and therefore stipulate as follows, pursuant to Paragraph 11 of the Stipulation in the October 29, 2004 Stipulation and Order, and Paragraph 4 of the February 18, 2005 Order.

4. The claims of Plaintiff Beasley will be pursued only as individual claims, not as class or collective claims.

5. The parties jointly request that the Court transfer Plaintiff Beasley's claims to the United States District Court for the Western District of Michigan in Beasley's home state of Michigan.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| | DATED: August ___, 2005 | /s/<br>Paul Strauss<br>Miner, Barnhill & Galland, P.C.<br>14 West Erie Street<br>Chicago, IL 60610<br>Phone: (312) 751-1170<br>Fax: (312) 751-0438<br><br>Counsel for Plaintiff Robin Beasley |
| | DATED: August ___, 2005 | /s/<br>Mark W. Atkinson<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071-2228<br>Phone: (213) 683-6000<br>Fax: (213) 627-0705<br><br>Counsel for Defendant Cintas Corporation |

**O R D E R**

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby orders as follows:

The claims of Plaintiff Robin Beasley are hereby transferred to the United States District Court for the Western District of Michigan in Beasley's home state of Michigan.

IT IS SO ORDERED.

DATED: ~~August~~ September 20, _____, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

LA/1143148.1

No. C 04-00281 JSW — - 4 - — STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER CLAIMS OF ROBIN BEASLEY