UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>CINTAS CORPORATION,<br><br>       Defendant. | CASE NO. C04-0281-JSW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO TRANSFER CLAIMS OF AMY SEVERSON**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Filed: January 20, 2004<br>Trial Date: None Set |

1

## **STIPULATION**

2

3      1.      WHEREAS, on October 29, 2004, the Court entered an Order on the parties'

4  stipulation to narrow the second amended complaint, *etc.*, dated October 29, 2004 (the

5  "October 29, 2004 Stipulation and Order").

6

7      2.      WHEREAS, on February 18, 2005, the Court entered an Order on the parties'

8  stipulation to extended the time to engage in settlement discussions regarding plaintiffs Amy

9  Severson and Robin Beasley (the "February 18, 2005 Order").

10

11      3.      WHEREAS, the parties have been unable to resolve their differences regarding

12  Plaintiff Severson, and therefore stipulate as follows, pursuant to Paragraph 11 of the Stipulation

13  in the October 29, 2004 Stipulation and Order, and Paragraph 4 of the February 18, 2005 Order.

14

15      4.      The claims of Plaintiff Severson will be pursued only as individual claims, not as

16  class or collective claims.

17

18      5.      Defendant's Motion to Dismiss or Stay and Compel Arbitration of Plaintiff

19  Severson's claims, dated July 30, 2004, is hereby withdrawn.

20

21      6.      The parties jointly request that the Court transfer Plaintiff Severson's claims to the

22  United States District Court for the Western District of Missouri in Severson's home state of

23  Missouri.

24

25      IT IS SO STIPULATED.

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  August ___, 2005                          /s/
                                          Paul Strauss
                                          Miner, Barnhill & Galland, P.C.
                                          14 West Erie Street
                                          Chicago, IL 60610
                                          Phone: (312) 751-1170
                                          Fax: (312) 751-0438

                                          Counsel for Plaintiff Amy Severson

DATED:  August ___, 2005                          /s/
                                          Mark W. Atkinson
                                          Paul, Hastings, Janofsky & Walker LLP
                                          515 South Flower Street, 25th Floor
                                          Los Angeles, CA 90071-2228
                                          Phone:  (213) 683-6000
                                          Fax:  (213) 627-0705

                                          Counsel for Defendant Cintas Corporation

- 2 -

STIPULATION AND [~~PROPOSED~~] ORDER TO
TRANSFER CLAIMS OF AMY SEVERSON

**O R D E R**

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby orders as follows:

The claims of Plaintiff Amy Severson are hereby transferred to the United States District Court for the Western District of Missouri in Severson's home state of Missouri.

IT IS SO ORDERED.

DATED: ~~August~~ September 20 _____, 2005

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

LA/1143147.2

---

No. C 04-00281 JSW

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
TRANSFER CLAIMS OF AMY SEVERSON