Morris J. Baller, #048928
Roberta L. Steele, #188198
Joseph E. Jaramillo, #178566
Nina Rabin, #229403
GOLDSTEIN, DEMCHAK, BALLER,
   BORGEN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

Paul Strauss, #153937
Robert S. Libman, #139283
Nancy Maldonado, *pro hac vice*
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (fax)

Attorneys for Plaintiffs

Robert D. Unitas (MA)
Erica D. White-Dunston (MD)
EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
1801 L Street N.W.
Washington, DC 20507
(202) 663-4768 (telephone)
(202) 663-4196 (telefax)

Attorneys for Plaintiff-Intervenor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>CINTAS CORPORATION,<br><br>Defendant. | Case No. C04-0281-JWS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON THE PLAINTIFF-INTERVENOR'S MOTION TO AMEND THE COMPLAINT** |

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for plaintiffs, plaintiff-intervenor and defendant, as follows:

1. WHEREAS, the parties' joint case management conference statement is scheduled to be filed on September 23, 2005;

2. WHEREAS, a case management conference is currently scheduled for September 30, 2005;

3. WHEREAS, a hearing on the plaintiff-intervenor's motion to amend its complaint is currently scheduled for September 30, 2005;

4. WHEREAS, a hearing on defendant's motion to dismiss or compel arbitration of plaintiff James Morgan's claims is currently scheduled for October 14, 2005;

5. WHEREAS, on September 19, 2005, this Court approved the parties' Stipulation and [Proposed] Order to Have Cases Related and ordered that the action entitled Houston v. Cintas Corp., Case No. C05-03145-CRB, be transferred and reassigned to the Honorable Jeffrey S. White;

6. WHEREAS, the parties agree that additional time is necessary to confer prior to the filing of a joint case management conference statement now that the case of Houston v. Cintas Corp. has been transferred and reassigned to this Court; and

7. WHEREAS, the parties agree that it is desirable to hold the case management conference and the hearings on the plaintiff-intervenor's motion to amend the complaint and defendant's motion to dismiss or to compel arbitration of plaintiff Morgan's claims on the same date given that counsel for the plaintiff-intervenor must travel from Washington, D.C.; plaintiffs' co-counsel must travel from Chicago, IL; and defendant's counsel must travel from Los Angeles, CA to appear before the Court; and

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON THE PLAINTIFF-INTERVENOR'S MOTION TO AMEND THE COMPLAINT - CASE NO C04-0281-JWS

8. WHEREAS, Nancy Abell, lead trial counsel for defendant Cintas, was previously scheduled to appear on October 14, 2005 at 9:00 a.m. before the Honorable Susan Illston in another case that also involves multiple trial counsel, the parties respectfully advise this Court that they could all appear before it on October 14, 2005 at 1:30 p.m. or at 9:00 a.m. if the Court would be inclined to accommodate their request to have this case called at the end of its 9:00 a.m. morning session.

NOW, THEREFORE, the parties request that the Court order as follows:

A. The parties will file a joint case management conference statement by October 7, 2005;

B. The case management conference is continued to October 14, 2005;

C. The hearing on the plaintiff-intervenor's motion to amend its complaint is continued to October 14, 2005; and

D. The hearing on defendant's motion to dismiss or compel arbitration will be heard on October 14, 2005.

Dated: September 21, 2005    Respectfully submitted,

*Roberta S. Steele*

Morris J. Baller, #048928
Roberta L. Steele, #188198
Joseph E. Jaramillo, #178566
Nina Rabin, #229403
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (fax)

Paul Strauss, #153937
Robert S. Libman, #139283
Nancy Maldonado, *pro hac vice*
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

ATTORNEYS FOR PLAINTIFFS

1  Dated: September 21, 2005          James L. Lee
2                                     Acting General Counsel
                                      Philip B. Sklover
3                                     Associate General Counsel
                                      Systemic Litigation Services ("SLS")
4                                     Barbara Dougherty
                                      Assistant General Counsel SLS
5
6                                     _Erica White-Dunston_____
                                      Robert D. Unitas (MA)    (by RLS w/ permission)
7                                     Senior Trial Attorney SLS
                                      Erica D. White-Dunston (MD)
8                                     Trial Attorney SLS
                                      EQUAL EMPLOYMENT OPPORTUNITY
9                                        COMMISSION
                                      1801 L Street N.W.
10                                    Washington, DC 20507
                                      (202) 663-4768 (telephone)
11                                    (202) 663-4196 (telefax)

12                                    ATTORNEYS FOR PLAINTIFF-INTERVENOR

13
14  DATED: 9/21/05                    _____
                                      Nancy L. Abell (SB# 88785)
15                                    Elena Baca (SB# 160564)
                                      Heather A. Morgan (SB# 177425)
16                                    Joseph W. Deng (SB# 179320)
                                      Paul, Hastings, Janofsky &
17                                      Walker LLP
                                      515 South Flower Street
18                                    Twenty-Fifth Floor
                                      Los Angeles, CA 90071-2228
19                                    Telephone: (213) 683-6000
                                      Facsimile: (213) 627-0705
20
                                      ATTORNEYS FOR DEFENDANT
21                                    CINTAS CORPORATION

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND HEARING ON THE
PLAINTIFF-INTERVENOR'S MOTION TO AMEND THE COMPLAINT - CASE NO C04-0281-JWS

## ORDER

The Court, having reviewed the record and Stipulation herein, finds that good cause exists and hereby ORDERS as follows:

A.  The parties shall file a joint case management conference statement by October 7, 2005;

B.  The case management conference is continued to October 14, 2005 at immediately following the motion hearings.

C.  The hearing on the plaintiff-intervenor's motion to amend its complaint is continued to October 14, 2005, at 9:00 a.m. and

D.  The hearing on defendant's motion to dismiss or compel arbitration will be heard on October 14, 2005, at 9:00 a.m.

This matter will be called at the end of the Court's law and motion calender.

IT IS SO ORDERED.

Dated: September 22, 2005

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE