# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAMIREZ, et al., on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

CINTAS CORPORATION,

Defendant(s).

CASE NO. C04-0281-JSW

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Maureen E. O'Neill, an active member in good standing of the bar of Georgia, whose business address and telephone number is 600 Peachtree Street, N.E., 24th Floor, Atlanta, GA 30308, (404) 815-2219, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Defendant Cintas Corporation,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: October 27, 2005

*Jeffrey S. White*

United States District Judge
Hon. Jeffrey S. White

American LegalNet, Inc.
www.USCourtForms.com