1  NANCY L. ABELL (SB# 88785) (nancyabell@paulhastings.com)
   MARK W. ATKINSON (SB# 60472) (markatkinson@paulhastings.com)
2  ELENA R. BACA (SB# 160564) (elenabaca@paulhastings.com)
   HEATHER A. MORGAN (SB# 177425)
3  (heathermorgan@paulhastings.com)
   JOSEPH W. DENG (SB# 179320) (josephdeng@paulhastings.com)
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
5  Los Angeles, CA  90071-2228
   Telephone:   (213) 683-6000
6  Facsimile:    (213) 627-0705

Case 3:04-cv-00281-JSW   Document 178   Filed 12/02/2005   Page 1 of 3

7  Attorneys for Defendant Cintas Corporation

9  *Plaintiffs' and Plaintiff-Intervenors' Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff-Intervenor,<br><br>CINTAS CORPORATION,<br><br>Defendant. | CASE NO. C04-00281-JSW<br><br>[RELATED TO CASE NO. C05-03145-JSW]<br><br>[PROPOSED] **ORDER GRANTING JOINT MOTION OF THE PARTIES FOR LEAVE TO FILE MORE THAN ONE MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION AND OPPOSITIONS AND REPLIES THERETO**<br><br>Date:    To be set by the Court<br>Time:    To be set by the Court<br>Place:   Courtroom 2, 17th Floor<br><br>Judge:   Hon. Jeffrey S. White<br><br>Complaint Filed:  January 20, 2004<br>Trial Date:        None Set |

Case No. C04-00281-JSW

[PROPOSED] ORDER GRANTING JOINT MOTION OF PARTIES FOR
LEAVE TO FILE MORE THAN ONE MOTION FOR SUMMARY
JUDGMENT / SUMMARY ADJUDICATION.

Case 3:04-cv-00281-JSW   Document 178   Filed 12/02/2005   Page 2 of 3

1  MORRIS J. BALLER (SB# 048928)
   ROBERTA L. STEELE (SB# 188198)
2  JOSEPH E. JARAMILLO (SB# 178566)
   NINA RABIN (SB#229403)
3  GOLDSTEIN, DEMCHAK, BALLER, BORGEN  DARDARIAN
   300 Lakeside Dr., Suite 1000
4  Oakland, CA  94612
   Telephone:  (510) 763-9800
5  Facsimile:  (510) 835-1417

6  PAUL STRAUSS (SB# 153937)
   ROBERT S. LIBMAN (SB# 139282)
7  NANCY MALDONADO, *pro hace vice*
   MINER, BARNHILL & GALLAND
8  14 W. Erie Street
   Chicago, IL  60610
9  Telephone:  (312) 751-1170
   Facsimile:  (312) 751-0438

10

11 Attorneys for Plaintiffs ROBERT RAMIREZ, ET AL.

12

13 ROBERT UNITAS
   ERICA WHITE-DUNSTON
14 KENNETH J. KRYVORUKA
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15 1801 L Street, NW
   Washington, DC  20507
16 Telephone:  (202) 663-4768
   Facsimile:  (202) 663-4196

17 Attorneys for Plaintiff-Intervenor
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

18

19

20

21

22

23

24

25

26

27

28

---

Case No. C04-00281-JSW

[PROPOSED] ORDER GRANTING JOINT MOTION OF PARTIES FOR LEAVE TO FILE MORE THAN ONE MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION.

Having carefully reviewed the JOINT MOTION OF THE PARTIES FOR LEAVE TO FILE MORE THAN ONE MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION AND OPPOSITIONS AND REPLIES THERETO, and the record:

IT IS HEREBY ORDERED that:

1. The Motion is granted.

2. The separate motions, oppositions and replies for summary judgment/summary adjudication for <u>each</u> of the following named Plaintiffs, Robert Ramirez, Robert Harris and Luis Pocasangre Cardoza, will not exceed:

- Defendant's opening brief – 25 pages;
- Plaintiffs' opposition brief – 20 pages; and
- Defendant's reply brief – 15 pages.

3. The separate motions, oppositions and replies for summary judgment/summary adjudication for <u>each</u> of the following named Plaintiffs, Blanca Nelly Avalos and Anthony Jones, will not exceed:

- Defendant's opening brief – 20 pages;
- Plaintiffs' opposition brief – 20 pages; and
- Defendant's reply brief – 15 pages.

4. The separate motion, opposition and reply for summary judgment/summary adjudication with respect to the EEOC's Complaint-in-Intervention will not exceed:

- Defendant's opening brief – 20 pages;
- Plaintiffs' opposition brief – 20 pages; and
- Defendant's reply brief – 15 pages.

IT IS SO ORDERED. The parties shall not notice more than two of the motions to be filed on any given date.

DATED: December 2, 2005

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

LEGAL_US_W # 53049569.1

Case No. C04-00281-JSW

[PROPOSED] ORDER GRANTING JOINT MOTION OF PARTIES FOR LEAVE TO FILE MORE THAN ONE MOTION FOR SUMMARY JUDGMENT / SUMMARY ADJUDICATION