1  NANCY L. ABELL (SB# 88785) nancyabell@paulhastings.com
   MARK W. ATKINSON (SB# 60472) markatkinson@paulhastings.com
2  ELENA R. BACA (SB# 160564) elenabaca@paulhastings.com
   HEATHER A. MORGAN (SB# 177425) heathermorgan@paulhastings.com
3  JOSEPH W. DENG (SB# 179320) josephdeng@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
4  515 South Flower Street
   Twenty-Fifth Floor
5  Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
6  Facsimile:  (213) 627-0705

7  Attorneys for Defendant
   CINTAS CORPORATION
8
   *Plaintiffs' Counsel Listed on Next Page*
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   ROBERT RAMIREZ, ROBERT                  CASE NO. C04-0281-JSW
14 HARRIS, LUIS POCASANGRE
   CARDOZA, JOSE SALCEDO, A.               [RELATED TO CASE NO. C05-03145-JSW]
15 SHAPPELLE THOMPSON,
   CORETTA SILVERS (formerly               **JOINT STIPULATION OF DISMISSAL
16 VICK), SANDRA EVANS, BLANCA             OF PLAINTIFF ROBERT HARRIS'
   NELLY AVALOS, JAMES MORGAN              CLAIMS AND [PROPOSED] ORDER**
17 and ANTHONY JONES, on behalf of
   themselves and all others similarly
18 situated,

19         Plaintiffs,

20     vs.

21 CINTAS CORPORATION,

22         Defendant.

23

24 EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION,
25
           Plaintiff/Intervenor.
26

27

28

   Case No. C04-0281-JSW                   JOINT STIPULATION OF DISMISSAL OF
   LEGAL_US_W # 53154404.5                 PLAINTIFF ROBERT HARRIS' CLAIMS AND
                                           [PROPOSED] ORDER

| | |
|---|---|
| 1 | MORRIS J. BALLER (SB# 048928) |
| | ROBERTA L. STEELE (SB# 188198) |
| 2 | NINA RABIN (SB# 229403) |
| | GOLDSTEIN, DEMCHAK, BALLER, |
| 3 |     BORGEN & DARDARIAN |
| | 300 Lakeside Dr., Suite 1000 |
| 4 | Oakland, CA  94612 |
| | Telephone:  (510) 763-9800 |
| 5 | Facsimile:  (510) 835-1417 |
| 6 | PAUL STRAUSS (SB# 153937) |
| | ROBERT S. LIBMAN (SB# 139283) |
| 7 | NANCY MALDONADO |
| | MINER, BARNHILL & GALLAND |
| 8 | 14 W. Erie Street |
| | Chicago, IL  60610 |
| 9 | Telephone:  (312) 751-1170 |
| | Facsimile:  (312) 751-0438 |
| 10 | |
| 11 | Attorneys for Plaintiffs ROBERT RAMIREZ, et al. |

Case No. C04-0281-JSW

LEGAL_US_W # 53154404.5

JOINT STIPULATION OF DISMISSAL OF
PLAINTIFF ROBERT HARRIS' CLAIMS AND
[PROPOSED] ORDER

# RECITALS

WHEREAS, on August 3, 2005, Plaintiff Robert Harris ("Harris") filed his Fourth Amended Complaint ("FAC") asserting claims on behalf of himself and as a putative class representative for certain present and former employees of Defendant Cintas Corporation ("Cintas");

WHEREAS, in the FAC, Harris individually asserted claims under the Civil Rights Act of 1866, 42 U.S.C. §1981, as amended by the Civil Rights Act of 1991 ("Section 1981"), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq*., as amended ("Title VII"), specifically contending that Cintas refused to hire him as a driver ("SSR"), refused to promote him to the position of SSR, and terminated him because of his race (African American) (FAC ¶ 9);

WHEREAS, in the FAC, Harris sought to assert claims as a class representative for African Americans who allegedly were discriminated against in hiring to SSR position in Cintas' Rental Division in violation of Section 1981 and Title VII (FAC ¶¶ 33-40, 48(b));

WHEREAS, Harris intends to dismiss both his individual and class claims and therefore cannot serve as a class representative for any form of relief sought on behalf of the putative class described in paragraph 48(b) of the FAC;

WHEREAS, Harris has agreed to dismiss with prejudice his individual and class claims against Cintas in exchange for Cintas' waiver of its right to recover costs against Harris pursuant to Federal Rule of Civil Procedure 54(d);

1    WHEREAS, the parties have agreed that Plaintiffs' counsel will not include
2    any attorneys' fees or costs incurred as part of maintaining Harris' individual claims (or
3    the class claims Harris has asserted if there is no adequate class representative to represent
4    the putative class described in paragraph 48(b) of the FAC), should they later apply for an
5    award of attorneys' fees or costs in this litigation.  However, if Plaintiffs or Plaintiffs'
6    counsel apply for an award of attorneys' fees and costs, this stipulation will not preclude
7    them from arguing that some portion of the time and costs spent on the class claims
8    asserted by Harris should be allocated to a claim on which plaintiffs prevailed (including a
9    claim of discrimination in hiring for the SSR job, if plaintiffs prevail on that claim);
10   nothing in this stipulation will preclude Defendant from asserting any legal arguments in
11   opposition to such an allocation; and nothing in this stipulation will preclude the Court
12   from ruling that such an allocation should or should not be made; and

14   WHEREAS, the parties have agreed that, notwithstanding the stipulated
15   dismissal of Harris' claims, if a class of Cintas employees is certified and Harris falls
16   within the definition of any such class, Harris may participate and receive any benefit to
17   which he would be entitled as a member of the class, if any.

**STIPULATION**

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff Robert Harris withdraws as a named, representative plaintiff and dismisses with prejudice his class claims for the putative class of African American non-exempt employees in Cintas' Rental Division who contend they were denied hiring to driver ("SSR") positions in violation of Section 1981 and Title VII;

2. Plaintiff Robert Harris dismisses with prejudice his individual claims for discriminatory hiring, failure to promote, and termination in violation of Section 1981 and Title VII;

3. Plaintiffs' counsel will not include any attorneys' fees or costs incurred as part of maintaining Harris' individual claims (or the class claims Harris has asserted if there is no adequate class representative to represent the putative class described in paragraph 48(b) of the FAC), should they later apply for an award of attorneys' fees or costs in this litigation. However, if Plaintiffs or Plaintiffs' counsel apply for an award of attorneys' fees and costs, this stipulation will not preclude them from arguing that some portion of the time and costs spent on the class claims asserted by Harris should be allocated to a claim on which plaintiffs prevailed (including a claim of discrimination in hiring for the SSR job, if plaintiffs prevail on that claim); nothing in this stipulation will preclude Defendant from asserting any legal arguments in opposition to such an allocation; and nothing in this stipulation will preclude the Court from ruling that such an allocation should or should not be made; and

4. Cintas waives its right to recover costs against Plaintiff Robert Harris after the dismissal of his individual and putative class claims as permitted by Federal Rule of Civil Procedure 43(d).

DATED: January 10, 2006   Respectfully submitted,

By:  /s/ Paul Strauss
        PAUL STRAUSS

Paul Strauss
Robert S. Libman
Nancy Maldonado
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
Phone: (312) 751-1170
Fax: (312) 751-0438

Morris J. Baller
Roberta L. Steele
Nina Rabin
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94611
Phone: (510) 763-9800
Fax: (510) 835-1417

*Counsel for Plaintiffs Robert Ramirez, et al.*

DATED: January 10, 2006

By:  /s/ Nancy L. Abell
        NANCY L. ABELL

Nancy L. Abell
Mark W. Atkinson
Elena R. Baca
Heather A. Morgan
Joseph W. Deng
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

*Counsel for Defendant Cintas Corporation*

# ORDER

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court finds that Plaintiff Robert Harris may not represent the alleged class of African Americans who contend that they were discriminated against in hiring to driver ("SSR") positions in Cintas' Rental Division in violation of Section 1981 and Title VII, as set forth in the Fourth Amended Complaint at paragraphs 33-40 and 48(b); on this basis the Court DISMISSES WITH PREJUDICE Plaintiff Robert Harris' claims on behalf of this alleged class.

This Court DISMISSES WITH PREJUDICE Plaintiff Robert Harris' individual claims that Cintas has violated Section 1981 and Title VII by allegedly refusing to hire him as an SSR, refusing promote him to an SSR position, and terminating him because of his race (African American).

The Court also finds that Plaintiffs' counsel is not entitled to recover any amount in attorneys' fees and costs attributable to pursuing Harris' individual claims herein (or the class claims Harris has asserted if there is no adequate class representative to represent the putative class described in paragraph 48(b) of the FAC).

The parties have agreed that Plaintiffs' counsel will not include any attorneys' fees or costs incurred as part of maintaining Harris' individual claims (or the class claims Harris has asserted if there is no adequate class representative to represent the putative class described in paragraph 48(b) of the FAC), should they later apply for an award of attorneys' fees or costs in this litigation. However, if Plaintiffs or Plaintiffs' counsel apply for an award of attorneys' fees and costs, this Order will not preclude them from arguing that some portion of the time and costs spent on the class claims asserted by Harris should be allocated to a claim on which plaintiffs prevailed (including a claim of

1  discrimination in hiring for the SSR job, if plaintiffs prevail on that claim); and nothing in
2  this Order will preclude Defendant from asserting any legal arguments in opposition to
3  such an allocation.

5        Finally, Cintas may not recover costs against Plaintiff Robert Harris.
6        IT IS SO ORDERED.

9  DATED: January 12, 2006   _____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Judge