IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAMIREZ, et al.,

    Plaintiffs,

v.

CINTAS CORPORATION,

    Defendant.

No. C 04-00281 JSW

**ORDER VACATING MEDIATION DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received the parties joint case management statement. Good cause appearing, the Court HEREBY VACATES the deadline to complete mediation currently set for May 15, 2006. The Court HEREBY CONTINUES the case management conference currently set for January 20, 2006 at 1:30 p.m. until Friday, April 14, 2006, at 1:30 p.m. If the parties believe an earlier date is necessary, they shall file a motion for administrative relief in accordance with Civil Local Rule 7-11.

    **IT IS SO ORDERED.**

Dated: January 17, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE