IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ROBERT RAMIREZ, et al.,

          Plaintiffs,

     v.

CINTAS CORPORATION,

          Defendant.

No. C 04-00281O JSW

(Proposed) ORDER GRANTING
APPLICATION FOR ADMISSION
OF ATTORNEY *PRO HAC VICE*

Scott A. Entin, an active member in good standing of the bar of Illinois, whose business address and telephone number is 14 West Erie Street, Chicago, IL 60610, (312) 751-1170, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiffs Robert Ramirez, Robert Harris, Luis Pocasangre Cardoza, Jose Salcedo, A. Shappelle Thompson, Coretta Silvers (formerly Vick), Sandra Evans, Blanca Nelly Avalos, James Morgan and Anthony Jones.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L .R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*,

Dated:    MAR 0 6 2006

                                 Judge Jeffrey S. White
                                 United States District Judge