Morris J. Baller (SB #048928) (mjb@gdblegal.com)
Roberta L. Steele (SB #188198) (rls@gdblegal.com)
Joseph E. Jaramillo (SB #178566) (jej@gdblegal.com)
Nina Rabin (SB #229403) (nrabin@gdblegal.com)
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Paul Strauss (SB# 153937) (pstrauss@lawmbg.com)
Sharon Legenza, *pro hac vice* (slengenza@lawmbg.com)
Nancy Maldonado, *pro hac vice* (nmaldonado@lawmbg.com)
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
Telephone: (312) 751-1170
Facsimile: (312) 751-0438

Attorneys for Plaintiffs ROBERT RAMIREZ, ET AL.

*Attorneys for Defendant Cintas Corporation and Plaintiff-Intervenor's Counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAMIREZ, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff-Intervenor,

vs.

CINTAS CORPORATION,

Defendant.

Case No. C04-0281-JSW

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SUPPLEMENTAL CASE MANAGEMENT CONFERENCE AND TO ENLARGE TIME OF CASE MANAGEMENT DEADLINES**

Hon. Jeffrey S. White

Complaint Filed: January 20, 2004

Trial Date: None Set

Nancy L. Abell (SB# 88785) (nancyabell@paulhastings.com)
Mark W. Atkinson (SB# 60472) (markatkinson@paulhastings.com)
Elena R. Baca (SB# 160564) (elenabaca@paulhastings.com)
Heather A. Morgan (SB# 177425) (heathermorgan@paulhastings.com)
Joseph W. Deng (SB# 179320) (josephdeng@paulhastings.com)
PAUL HASTINGS JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA  90071-2228
Telephone:  213/683-6000
Facsimile:  213/627-0705

Attorneys for Defendant CINTAS CORPORATION


Robert Unitas (robert.unitas@eeoc.gov)
Erica White-Dunston (erica.white-dunston@eeoc.gov)
Kenneth J. Kryvoruka (kenneth.kryvoruka@eeoc.gov)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, NW
Washington, DC  20507
Telephone:  202/663-4768
Facsimile:  202/663-4196

Attorneys for Plaintiff-Intervenor
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

WHEREAS, the next supplemental case management conference is currently scheduled for Friday, April 14, 2006;

WHEREAS, April 14, 2006 falls during the Jewish holy days of Passover;

WHEREAS, some counsel for all parties observe Passover;

WHEREAS, the parties conferred and agreed that Friday, April 28, 2006 is a mutually acceptable alternative date for the next supplemental case management conference;

WHEREAS, the parties believe that the next supplemental case management conference could be accomplished via telephone with the Court;

WHEREAS, the parties have actively and cooperatively engaged in extensive disclosures and written discovery, have taken numerous depositions and continue to schedule and take depositions, have processed a pending related arbitration and have commenced a new related arbitration;

WHEREAS, the parties have thus far conducted the following written discovery:

**a. <u>Plaintiffs' and EEOC's Written Discovery</u>**

| ***Type/Set Number*** | ***Date Served*** | ***Status*** |
|---|---|---|
| Plaintiffs and Plaintiff – Intervenor's 1st Request for Production of Documents | 6/29/2005 | Response supplemented 11/11/2005 |
| Plaintiffs and Plaintiff – Intervenor's 2nd Request for Production of Documents | 6/29/2005 | Response supplemented 11/3/2005, 11/15/2005, 12/15/2005 |
| Plaintiffs and Plaintiff – Intervenor's 3rd Request for Production of Documents | 8/1/2005 | Response served 11/21/2005, supplemented 12/29/2005, 2/24/2006 |
| Robert Harris' 1st Set of Interrogatories to Cintas | 8/1/2005 | Response served 11/8/2005 |
| Robert Ramirez's 1st Set of Interrogatories to Cintas | 8/1/2005 | Response served 11/8/2005, supplemented 1/5/2006 |

| ***Type/Set Number*** | ***Date Served*** | ***Status*** |
|---|---|---|
| Luis Pocasangre Cardoza's 1st Set of Interrogatories to Cintas | 8/1/2005 | Response served 11/8/2005, supplemented 1/31/2006 |
| Blanca Nelly Avalos' 1st Set of Interrogatories to Cintas | 8/1/2005 | Response served 11/8/2005, supplemented 12/29/20, 1/31/2006, 2/23/2006 |
| Plaintiffs and Plaintiff – Intervenor's 4th Request for Production of Documents | 9/29/2005 | Response served 11/16/2005, supplemented 12/19/2005 with a partially produced Personic Workflow database (bates C236634); further supplemented 1/10/2006, 1/19/2006, 2/6/2006, 2/27/2006, 3/3/2006 |
| Anthony Jones' 1st Set of Interrogatories to Cintas | 10/21/2005 | Response served 12/23/2005 |
| Plaintiffs' and Plaintiff-Intervenor's 5th Request for Production of Documents | 10/21/2005 | Response served 12/29/2005, supplemented 1/23/2006, 2/10/2006 |
| Plaintiff and Plaintiff-Intervenor's 6th and 7th Requests for Production of Documents | 2/9/06 | Response are continuing at this time |

**b. Cintas' Written Discovery**

| *Type/Set Number* | *Date Served* | *Status* |
|---|---|---|
| Defendant Cintas Corporation's First Set of Specially Prepared Interrogatories to Plaintiff Robert Ramirez | 7/26/2005 | Response supplemented 1/5/2006 |
| Defendant Cintas Corporation's First Request for Production of Documents to Plaintiff Anthony Jones | 12/7/2005 | Response served 2/10/2006 |
| Defendant Cintas Corporation's First Set of Specially Prepared Interrogatories to Plaintiff Anthony Jones | 12/7/2005 | Response served 2/09/2006 |
| Defendant Cintas Corporation's Second Request for Production of Documents to Plaintiff Blanca Nelly Avalos | 12/7/2005 | Response served 1/19/2006 |
| Defendant Cintas Corporation's Second Request for Production of Documents to Plaintiff Luis Pocasangre Cardoza | 12/7/2005 | Response served 1/19/2006, supplemented 2/8/2006 |
| Defendant Cintas Corporation's Second Request for Production of Documents to Plaintiff Robert Ramirez | 12/7/2005 | Response served 1/17/2006 |
| Defendant Cintas Corporation's Second Set of Specially Prepared Interrogatories to Plaintiff Blanca Nelly Avalos | 12/15/2005 | Response served 1/19/2006 |
| Defendant Cintas Corporation's Second Set of Specially Prepared Interrogatories to Plaintiff Luis Pocasangre Cardoza | 12/15/2005 | Response served 1/19/2006 |

| ***Type/Set Number*** | ***Date Served*** | ***Status*** |
|---|---|---|
| Defendant Cintas Corporation's Second Set of Specially Prepared Interrogatories to Plaintiff Robert Ramirez | 12/15/2005 | Response served 1/17/2006 |
| Defendant Cintas Corporation's Third Set of Specially Prepared Interrogatories to Blanca Nelly Avalos | 2/7/2006 | Response due 3/14/2006 |
| Defendant Cintas Corporation's First Set of Requests for Admissions to Blanca Nelly Avalos | 2/7/2006 | Response due 3/14/2006 |
| Defendant Cintas Corporation's Second Request for Production of Documents to Plaintiff Anthony Jones | 2/14/2006 | Response due 3/20/2006 |
| Defendant Cintas Corporation's Second Set of Specially Prepared Interrogatories to Plaintiff Anthony Jones | 2/15/2006 | Response due 3/20/2006 |
| Defendant Cintas Corporation's First Set of Interrogatories and First Request for Production of Documents Propounded to Plaintiff/Intervenor Equal Employment Opportunity Commission | 2/21/06 | Response due 3/27/06 |

WHEREAS, despite the parties' diligent discovery efforts and good faith negotiations concerning the scope of the electronic data to be produced pursuant to Plaintiff's and Plaintiff-Intervenor's Fourth Request for Production of Documents, production of the databases necessary for Plaintiffs' and EEOC's experts to prepare their reports by the April 14, 2006 deadline set forth in the June 10, 2005 Case

Management Order ("Case Management Order") has been significantly delayed and the production is just now being completed;

WHEREAS, because of the delay in production of the necessary databases, Plaintiffs and EEOC believe that their experts will have insufficient time to complete their reports by the April 14, 2006 deadline set forth in the Case Management Order;

WHEREAS, Plaintiffs and EEOC jointly noticed two Rule 30(b)(6) depositions of Cintas Corporation, and began those depositions on the subjects listed in those notices with two days of testimony on October 3-4, 2005. Further testimony pursuant to those notices was taken on November 1-2 and December 13-14, 2005;

WHEREAS, as reported in the October 7, 2005 Supplemental Joint Case Management Statement, the parties agreed to a series of structured interviews of Cintas' representatives on the subject of Cintas' electronic databases and records, in lieu of a Rule 30(b)(6) deposition of Cintas IT personnel or in addition to an eventual abbreviated Rule 30(b)(6) deposition on those subjects. Pursuant to that agreement, the Plaintiffs and EEOC conducted ten or more days of interviews of Cintas' IT and records personnel, completing the initial interview process on January 11, 2006;

WHEREAS, although the parties believe that this structured interview process has been productive, efficient, and carried out in good faith, the parties have been unable to complete drafting the necessary stipulations and/or conducting the abbreviated Rule 30(b)(6) deposition on those subjects;

WHEREAS, in addition to the aforementioned Rule 30(b)(6) depositions and interviews, Plaintiffs and Plaintiff-Intervenor have deposed in excess of ten of Cintas' human resources and general manager level officials at locations throughout the United States;

WHEREAS, Cintas has taken the depositions of Plaintiffs Robert Ramirez (two days), Luis Pocasangre Cardoza (two days), Blanca Nelly Avalos, and Anthony Jones at locations throughout the United States;

WHEREAS, despite their best efforts to schedule and complete necessary depositions, the parties together still need to take the deposition of approximately 45 additional fact witnesses, including Cintas Corporate level officials;

WHEREAS, the parties believe that the logistics of attempting to complete such depositions of witnesses located throughout the United States prior to the April 7, 2006 deadline set forth in the Case Management Order appear nearly insurmountable;

WHEREAS, the parties believe that a four month enlargement of the Case Management Order deadlines is necessary to adequately and reasonably complete the class certification process contemplated in the Case Management Order; and

WHERES, the parties have not previously sought an enlargement of Case Management Order deadlines.

NOW THEREFORE, pursuant to Local Rule 6-1(b) and this Court's Standing Order 3, the parties hereby agree and stipulate by and through their respective counsel of record, and request that the Court Order as follows:

1. The date for the next supplemental case Management conference, currently set for April 14, 2006, be vacated;

2. The next supplemental case management conference be placed on the Court's Friday, April 28, 2006 calendar and be conducted by telephone; and

3. The following June 10, 2005 Case Management Order deadlines be enlarged as set forth below:

| ACTIVITY | ORIGINAL DEADLINE | PROPOSED ENLARGED DEADLINE |
|---|---|---|
| **DISCOVERY:** | | |
| Last Day to Serve Written Discovery (i.e., Interrogatories; Requests for Production; Requests for Admissions; Subpoenas for Records) | March 7, 2006 | May 1, 2006 |
| Defendant to Identify Experts | April 5, 2006 | May 19, 2006 |
| Completion of Non-Expert Discovery | April 7, 2006 | August 7, 2006 |
| Plaintiffs and EEOC to Provide Expert Reports | April 14, 2006 | August 14, 2006 |
| Plaintiffs and EEOC to make Experts Available for Deposition | May 22, 2006 | September 22, 2006 |
| Defendant to Provide Expert Reports | June 27, 2006 | December 1, 2006 |
| Defendant to make Experts Available for Deposition | July 21, 2006 | December 21, 2006 |
| Plaintiffs and EEOC to serve Rebuttal Expert Reports | August 15, 2006 | January 15, 2007 |
| Defendant to serve Supplemental Expert Reports | September 15, 2006 | February 15, 2007 |
| Expert Discovery Cutoff | October 10, 2006 | February 15, 2007 |
| **DISPOSITIVE MOTIONS:** | | |
| Dispositive Motions | May 15, 2006 | September 15, 2006 |
| Oppositions to Dispositive Motions | June 22, 2006 | October 23, 2006 |
| Replies in Support of Dispositive Motions | July 14, 2006 | November 14, 2006 |
| Hearing on Dispositive Motions (on or after) | August 18, 2006 | December 15, 2006 |

7

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPPLEMENTAL CASE MANAGEMENT CONFERENCE AND TO ENLARGE TIME OF CASE MANAGEMENT DEADLINES - CASE NO. C04-0281-JSW

| **ACTIVITY** | **ORIGINAL DEADLINE** | **PROPOSED ENLARGED DEADLINE** |
|---|---|---|
| **CLASS CERTIFICATION MOTIONS:** | | |
| Motion for Class Certification | October 23, 2006 | February 23, 2007 |
| Defendant's Opposition | December 22, 2006 | May 23, 2007 |
| Plaintiffs' Reply | January 21, 2007 | June 20, 2007 |
| Hearing on Class Certification | February 21, 2007 | July 27, 2007 |

IT IS SO STIPULATED:

Dated: March 9, 2006

Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN

/s/

_______________________________

Morris J. Baller, #048928
Roberta L. Steele, #188198
Joseph E. Jaramillo, #178566
Nina Rabin, #229403
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Paul Strauss, #153937
Sharon Legenza, *pro hac vice*
Nancy Maldonado, *pro hac vice*
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL 60610
Telephone: (312) 751-1170
Facsimile: (312) 751-0438

ATTORNEYS FOR PLAINTIFFS

March 9, 2006

/s/

Robert Unitas
Erica White-Dunston
Kenneth J. Kryvoruka
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, NW
Washington, DC 20507
Telephone: (202) 663-4768
Facsimile: (202) 663-4196

Attorneys for Plaintiff-Intervenor EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

March 9, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

/s/

Nancy L. Abell (SB# 88785)
Mark W. Atkinson (SB# 60472)
Elena R. Baca (SB# 160564)
Heather A. Morgan (SB# 177425)
Joseph W. Deng (SB# 179320)
PAUL HASTINGS JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant CINTAS CORPORATION

# ORDER

The Court, having reviewed the papers, pleadings, and the stipulation herein, finds that good cause exists and hereby Orders as follows:

1. The date for the next supplemental case management conference, currently set for April 14, 2006, be vacated;
2. The next supplemental case management conference be placed on the Court's Friday, April 28, 2006 calendar and be conducted by telephone;
3. The following June 10, 2005 Case Management Order deadlines be enlarged as set forth below:

| ACTIVITY | ORIGINAL DEADLINE | PROPOSED ENLARGED DEADLINE |
|---|---|---|
| **DISCOVERY:** | | |
| Last Day to Serve Written Discovery (i.e., Interrogatories; Requests for Production; Requests for Admissions; Subpoenas for Records) | March 7, 2006 | May 1, 2006 |
| Defendant to Identify Experts | April 5, 2006 | May 19, 2006 |
| Completion of Non-Expert Discovery | April 7, 2006 | August 7, 2006 |
| Plaintiffs and EEOC to Provide Expert Reports | April 14, 2006 | August 14, 2006 |
| Plaintiffs and EEOC to make Experts Available for Deposition | May 22, 2006 | September 22, 2006 |
| Defendant to Provide Expert Reports | June 27, 2006 | December 1, 2006 |
| Defendant to make Experts Available for Deposition | July 21, 2006 | December 21, 2006 |
| Plaintiffs and EEOC to serve Rebuttal Expert Reports | August 15, 2006 | January 15, 2007 |

| ACTIVITY | ORIGINAL DEADLINE | PROPOSED ENLARGED DEADLINE |
|---|---|---|
| Defendant to serve Supplemental Expert Reports | September 15, 2006 | February 15, 2007 |
| Expert Discovery Cutoff | October 10, 2006 | February 15, 2007 |
| **DISPOSITIVE MOTIONS:** | | |
| Dispositive Motions | May 15, 2006 | September 15, 2006 |
| Oppositions to Dispositive Motions | June 22, 2006 | October 23, 2006 |
| Replies in Support of Dispositive Motions | July 14, 2006 | November 14, 2006 |
| Hearing on Dispositive Motions (on or after) | August 18, 2006 | December 15, 2006 |
| **CLASS CERTIFICATION MOTIONS:** | | |
| Motion for Class Certification | October 23, 2006 | February 23, 2007 |
| Defendant's Opposition | December 22, 2006 | May 23, 2007 |
| Plaintiffs' Reply | January 21, 2007 | June 20, 2007 |
| Hearing on Class Certification | February 21, 2007 | ~~July 27, 2007~~ August 3, 2007 |

IT IS SO ORDERED:

DATED: March 9, 2006

THE HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

LEGAL_US_W # 53328460.2