Morris J. Baller (SB #048928) (mjb@gdblegal.com)
Roberta L. Steele (SB #188198) (rls@gdblegal.com)
Joseph E. Jaramillo (SB #178566) (jej@gdblegal.com)
Nina Rabin (SB #229403) (nrabin@gdblegal.com)
GOLDSTEIN, DEMCHAK, BALLER,
    BORGEN & DARDARIAN
300 Lakeside Dr., Suite 1000
Oakland, CA  94612
Telephone:   (510) 763-9800
Facsimile:    (510) 835-1417

Paul Strauss (SB# 153937) (pstrauss@lawmbg.com)
Sharon Legenza, *pro hac vice* (slengenza@lawmbg.com)
Nancy Maldonado, *pro hac vice* (nmaldonado@lawmbg.com)
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL  60610
Telephone:   (312) 751-1170
Facsimile:    (312) 751-0438

Attorneys for Plaintiffs ROBERT RAMIREZ, ET AL.

*Attorneys for Defendant Cintas Corporation
and Plaintiff-Intervenor's Counsel listed on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, et al., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff-Intervenor,<br><br>vs.<br><br>CINTAS CORPORATION,<br><br>            Defendant. | Case No. C04-0281-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING FILING OF CASE MANAGEMENT CONFERENCE STATEMENT / STATUS REPORT**<br><br>Hon. Jeffrey S. White<br><br>Complaint Filed:   January 20, 2004<br><br>Trial Date:              None Set |

Nancy L. Abell (SB# 88785) (nancyabell@paulhastings.com)
Mark W. Atkinson (SB# 60472) (markatkinson@paulhastings.com)
Elena R. Baca (SB# 160564) (elenabaca@paulhastings.com)
Heather A. Morgan (SB# 177425) (heathermorgan@paulhastings.com)
Joseph W. Deng (SB# 179320) (josephdeng@paulhastings.com)
PAUL HASTINGS JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA  90071-2228
Telephone:  213/683-6000
Facsimile:  213/627-0705

*Attorneys for Defendant CINTAS CORPORATION*

Robert Unitas (robert.unitas@eeoc.gov)
Erica White-Dunston (erica.white-dunston@eeoc.gov)
Kenneth J. Kryvoruka (kenneth.kryvoruka@eeoc.gov)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, NW
Washington, DC  20507
Telephone:  202/663-4768
Facsimile:  202/663-4196

*Attorneys for Plaintiff-Intervenor*
*EQUAL EMPLOYMENT OPPORTUNITY COMMISSION*

The parties are discussing a proposed stipulation and order that would moot the need for further proceedings in this Court pending the disposition of arbitrated claims and expect to conclude those discussions by Monday, April 24, 2006.  THEREFORE, THE PARTIES STIPULATE and request that the Court order:

1. The parties will be excused from filing the Case Management Conference Statement/Status Report otherwise due on April 18, 2006; and

2. No later than April 25, 2006, the parties shall file either:

    (i) a stipulation and proposed order regarding the disposition of the claims remaining in this case; or

    (ii) the Case Management Conference Statement/Status Report otherwise due on April 18, 2006.

Dated:  April 17, 2006                Respectfully submitted,

GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN

_____/s/_____
Morris J. Baller, #048928
Roberta L. Steele, #188198
Joseph E. Jaramillo, #178566
Nina Rabin, #229403
GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
  DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Telephone:  (510) 763-9800
Facsimile:   (510) 835-1417

Paul Strauss, #153937
Sharon Legenza, *pro hac vice*
Nancy Maldonado, *pro hac vice*
MINER, BARNHILL & GALLAND
14 W. Erie Street
Chicago, IL  60610
Telephone:  (312) 751-1170
Facsimile:   (312) 751-0438

ATTORNEYS FOR PLAINTIFFS

| | | |
|---|---|---|
| April 17, 2006 | | Robert Unitas |
| | | Erica White-Dunston |
| | | Kenneth J. Kryvoruka |
| | | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| | | 1801 L Street, NW |
| | | Washington, DC  20507 |
| | | Telephone:  (202) 663-4768 |
| | | Facsimile:   (202) 663-4196 |

Attorneys for Plaintiff-Intervenor
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

April 17, 2006                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                         /s/
Nancy L. Abell (SB# 88785)
Mark W. Atkinson (SB# 60472)
Elena R. Baca (SB# 160564)
Heather A. Morgan (SB# 177425)
Joseph W. Deng (SB# 179320)
PAUL HASTINGS JANOFSKY & WALKER LLP
Twenty-Fifth Floor
515 South Flower Street
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:   (213) 627-0705

Attorneys for Defendant CINTAS CORPORATION


## **ORDER**

The Court hereby Orders as follows:

1. The parties will be excused from filing the Case Management Conference Statement/Status Report otherwise due on April ~~18~~, 2006; and

21

2

1      2.      No later than April 25, 2006, the parties shall file either:

2             (i)      a stipulation and proposed order regarding the disposition of the

3                      claims remaining in this case; or

4             (ii)      the Case Management Conference Statement/Status Report

5                      otherwise due on April ~~18~~, 2006.

6                                         21

7       IT IS SO ORDERED:

8

9  DATED: April 18, 2006            _____

10                                        THE HONORABLE JEFFREY S. WHITE
                                            U.S. DISTRICT COURT JUDGE

11

12  LEGAL_US_W # 53498119.1