Paul Strauss, #153937
Elizabeth J. Eberle, #196914
Sharon K. Legenza, *pro hac vice*
Nancy Maldonado, *pro hac vice*
Scott Entin, *pro hac vice*
Miner, Barnhill & Galland
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170 (telephone)
(312) 751-0438 (telefax)

Morris J. Baller, #048928
Roberta L. Steele, #188198
Goldstein, Demchak, Baller, Borgen & Dardarian
300 Lakeside Dr., Ste. 1000
Oakland, CA 94612
(510) 763-9800 (telephone)
(510) 835-1417 (telefax)

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, *et al.*, | ) No. C 04-00281 JSW |
| | ) CLASS ACTION |
| Plaintiffs, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] |
| v. | ) ORDER CONCERNING FILING OF |
| | ) CASE MANAGEMENT CONFERENCE |
| CINTAS CORPORATION, | ) STATEMENT/STATUS REPORT |
| | ) |
| Defendant. | ) Complaint filed January 20, 2004 |

On April 17, 2006, the parties informed the Court that they were in the process of discussing a proposed stipulation and order that would moot the need for further proceedings here, pending the disposition of arbitrated claims. On April 19, 2006, the Court ordered the parties to file, no later than April 25, 2006, either a stipulation and proposed order regarding the disposition of the claims remaining in this case, or the Case Management Statement/Status Report that was otherwise due on April 21, 2006.

At the time the parties submitted the previous request for an extension of time, they believed that the negotiations would be completed by April 24, 2006. However, notwithstanding the parties' good-faith negotiations and diligent efforts, including working

STIPULATION AND [~~PROPOSED~~] ORDER                                                           No. C 04-281 JSW

1  during the weekends, the proposed stipulation and order has not been finalized.  The parties
2  still expect to agree to a proposed stipulation and order that would moot the need for further
3  proceedings in this Court, pending the disposition of arbitrated claims, but believe that an
4  additional ten days is needed to accomplish this.

5        The Court had also previously scheduled the next supplemental case management
6  conference, to be conducted by telephone, for Friday, April 28, 2006.  The parties believe that,
7  given their current discussions, this conference should be cancelled and rescheduled for a later
8  date.

9        THEREFORE, THE PARTIES STIPULATE and request that the Court order:

(1)    the parties will be excused from filing the Case Management Conference Statement/Status Report that was otherwise due on April 25, 2006;

(2)    no later than May 5, 2006, the parties shall file either:

    (a)    a stipulation and proposed order regarding the disposition of the claims remaining in this case; or

    (b)    the Case Management Conference Statement/Status Report that was otherwise due on April 25, 2006;

(3)    the date for the next supplemental case management status conference, currently scheduled for Friday, April 28, 2006, be vacated; and

(4)    the next supplemental case management status conference be placed on the Court's May 12, 2006 calendar and be conducted by telephone.

IT IS SO STIPULATED.

Dated: April 25, 2006

/s/ Sharon K. Legenza
Sharon K. Legenza
Miner, Barnhill & Galland, P.C.
14 W. Erie St.
Chicago, IL 60610
(312) 751-1170
Counsel for Plaintiffs

/s/ Robert D. Unitas
Robert D. Unitas
U.S. Equal Employment
Opportunity Commission
1801 L St.
Washington, DC 20507
(202) 663-4768
Counsel for Plaintiff-Intervenor

/s/ Nancy L. Abell
Nancy L. Abell
Paul, Hastings, Janofsky & Walker LLP
515 S. Flower St.
Los Angeles, CA 90071-2228
(213) 683-6000
Counsel for Defendant Cintas Corp.

ORDER

PURSUANT TO STIPULATION, THE COURT ORDERS AS FOLLOWS:

(1) the parties are excused from filing the Case Management Conference Statement/Status Report that was otherwise due on April 25, 2006;

(2) no later than May 5, 2006, the parties shall file either:

   (a) a stipulation and proposed order regarding the disposition of the claims remaining in this case; or

   (b) the Case Management Conference Statement/Status Report that was otherwise due on April 25, 2006;

(3) the date for the next supplemental case management status conference, currently scheduled for Friday, April 28, 2006, is vacated; and

(4) the next supplemental case management status conference will take place on May 12, 2006 and be conducted by telephone.

The Honorable Jeffrey S. White
United States District Court

Dated:  April 25, 2006

STIPULATION AND [PROPOSED] ORDER            3            No. C 04-281 JSW