IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAMIREZ, et al.

    Plaintiff,

v.

CINTAS CORPORATION,

    Defendant.

No. C 04-00281 JSW

**ORDER DENYING WITHOUT PREJUDICE STIPULATED CONSOLIDATED CONFIDENTIALITY AGREEMENT AND AGREED PROTECTIVE ORDER**

    The Court has received the parties' proposed Stipulated Consolidated Confidentiality Agreement and Agreed Protective Order. Section 7 of the proposed order, which sets forth the procedures for filing confidential or attorneys' eyes only information, refers only to filing requirements in the United States District Court for the Eastern District of Michigan, and does not make reference to the Northern District's local rules for filing such information under seal. Although certain of the claims in this case have been transferred to the Eastern District of Michigan, this Court does retain jurisdiction over other claims that have been stayed. Accordingly, the parties' stipulation is DENIED WITHOUT PREJUDICE to revising the proposed order to comply with the Northern District's Local Rules.

    **IT IS SO ORDERED.**

Dated: May 16, 2006

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE