IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated, <br><br>Plaintiffs, <br><br>v. <br><br>CINTAS CORPORATION, <br><br>Defendant. <br>_____/ | No. C 04-0281 JSW <br><br>**ORDER REQUIRING JOINT STATUS REPORTS** |

This matter has been stayed pending an arbitration. The parties are HEREBY ORDERED to submit a Joint Status Report by June 30, 2006 as to the status of the pending arbitration. The parties are FURTHER ORDERED to submit Joint Status Reports every 120 days thereafter, until the arbitration is resolved or the stay is lifted.

**IT IS SO ORDERED.**

Dated: May 24, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE