IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT RAMIREZ, et al.,

    Plaintiffs,

v.

CINTAS CORPORATION,

    Defendant.

No. C 04-00281 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On September 15, 2006, Defendant Cintas Corporation ("Cintas") filed a petition to vacate an arbitration award and noticed the matter for hearing on December 1, 2006.

The Court HEREBY ORDERS the parties to comply with the following briefing schedule: Plaintiffs' Opposition shall be due on October 13, 2006. Cintas' Reply shall be due on October 27, 2006. If the Court concludes that the matter is suitable for disposition without oral argument, it shall notify the parties in advance of the hearing. Until further order of the Court, the matter remains on calendar on December 1, 2006, and this briefing schedule shall not be altered without a showing of good cause.

**IT IS SO ORDERED.**

Dated: September 15, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE