**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RAMIREZ, ROBIN BEASLEY, SANDRA EVANS, ROBERT HARRIS, LUIS POCASANGRE CARDOZA, JOSE SALCEDO, A. SHAPPELLE THOMPSON, CORETTA SILVERS (formerly VICK), BLANCA NELLY AVALOS, and AMY SEVERSON, on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CINTAS CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 04-0281 JSW<br><br>**ORDER RE UNOPPOSED MOTION TO APPROVE STIPULATION OF DISMISSAL OF PLAINTIFF CORETTA VICK'S INDIVIDUAL CLAIMS AND CLASS CLAIMS** |

The Court has received the Unopposed Motion to Approve Stipulation of Dismissal of Plaintiff Coretta Vick's Individual Claims and Class Claims. The Court HEREBY ORDERS Plaintiffs to: (1) file a copy of the Settlement Agreement under seal; and (2) file copies of the news articles and press releases referenced in the Steele Declaration. These documents shall be filed by no later than November 9, 2007.

**IT IS SO ORDERED.**

Dated: November 2, 2007

                                        */s/ Jeffrey S. White*
                                     JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE