United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMIREZ ET AL,

    Plaintiff,

  v.

CINTAS CORPORATION,

    Defendant.
                                 /

No. C 04-00281 JSW

**ORDER OF ADMINISTRATIVE CLOSURE**

The Clerk of the Court is directed administratively to close the case for statistical purposes. The parties shall notify the Court within ten days of the resolution of the arbitration, and, if necessary, this entire matter shall thereafter be reopened.

**IT IS SO ORDERED.**

Dated: September 25, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE