NANCY L. ABELL (SB# 88785) nancyabell@paulhastings.com
HEATHER A. MORGAN (SB# 177425) heathermorgan@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
CINTAS CORPORATION

*Plaintiffs' Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT RAMIREZ, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION,<br><br>    Defendant. | CASE NO. C04-0281-JSW<br><br>Hon. Jeffrey S. White<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' REMAINING CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |
| LARRY HOUSTON, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>CINTAS CORPORATION,<br><br>    Defendant. | CASE NO. C05-03145-JSW<br><br>Hon. Jeffrey S. White<br><br>**JOINT STIPULATION OF DISMISSAL OF PLAINTIFFS' REMAINING CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | ROBERTA L. STEELE (SB# 188198) |
| | GOLDSTEIN, DEMCHAK, BALLER, |
| 2 |    BORGEN & DARDARIAN |
| | 300 Lakeside Dr., Suite 1000 |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 763-9800 |
| 4 | Facsimile: (510) 835-1417 |
| 5 | SARAH E. SISKIND |
| | MINER, BARNHILL & GALLAND |
| 6 | 44 E. Mifflin Street |
| | Suite 803 |
| 7 | Madison, WI 53703 |
| | Telephone: (608) 255-5200 |
| 8 | Facsimile: (608) 255-5380 |
| 9 | Attorneys for Plaintiffs |
| | ROBERT RAMIREZ, JOSE SALCEDO, |
| 10 | JAMES MORGAN, LARRY HOUSTON |
| | AND CLIFTON COOPER |

# STIPULATION

Plaintiffs Robert Ramirez, Jose Salcedo, James Morgan, Larry Houston and Clifton Cooper ("Plaintiffs") and Defendant Cintas Corporation, by and through their respective counsel of record, hereby stipulate as follows:

(1) All claims remaining in Case Nos. C04-0281 JSW and C05-03145 JSW, previously ordered to arbitration, are hereby dismissed with prejudice;

(2) All claims pending before The Honorable Eugene Lynch (Ret.) in arbitration in AAA Case Nos. 11 160 01119 05 (*Salcedo, et al. v. Cintas Corporation*), 11 160 00018 06 (*Morgan, et al. v. Cintas Corporation*), and 11 160 01211 06 (*Ramirez v. Cintas Corporation*) have been dismissed with prejudice; and

(3) All parties shall bear their own costs.

DATED: January 14, 2010

Respectfully submitted,

By: /s/ Roberta L. Steele
ROBERTA L. STEELE

Roberta L. Steele
GOLDSTEIN, DEMCHAK, BALLER, BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94611
Phone: (510) 763-9800
Fax: (510) 835-1417

Sarah Siskind
MINER, BARNHILL & GALLAND
44 E. MIFFLIN ST.
Suite 803
Madison, WI 53703
Telephone: (608) 255-5200
Facsimile: (608) 255-5380

*Counsel for Plaintiffs
Robert Ramirez, Jose Salcedo, James Morgan, Larry Houston and Clifton Cooper*

1  DATED: January 27, 2010

By: *Nancy L. Abell*
    NANCY L. ABELL

Nancy L. Abell
Heather A. Morgan
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Phone: (213) 683-6000
Fax: (213) 627-0705

*Counsel for Defendant Cintas Corporation*

**ORDER**

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFOR:

(1) All claims remaining in Case Nos. C04-0281 JSW and C05-03145 JSW are hereby dismissed with prejudice; and

(2) All parties shall bear their own costs.

IT IS SO ORDERED.

DATED: January 28, 2010, ~~2009~~

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge